THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ELLIOT KATZ, TED AUERBACH, SUSAN BRANDT, ANTHONY BROWN and BARRY SEILER, Appellants.

Supreme Court, Appellate Term, Second Department, September 21, 1966.

*Isidore Silver* for appellants. *Nat E. Hentel, District Attorney (Francis J. Valentino* of counsel), for respondent.

*Per Curiam.* The People failed to prove that defendants violated section 153.17 of the New York City Health Code, as charged in the complaints. This section applies only to commercial or business advertising matter and does not prohibit the distribution of handbills which pertain to "anything other than commercial or business advertising matter" such as here involved.

The judgments of conviction should be unanimously reversed on the law and facts, complaints dismissed and fines remitted.

Concur— GROAT, RITCHIE and BECKINELLA, JJ.

Judgments reversed, etc.